IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
BETTY JONES,                    )
                                )
     Plaintiff,                 )
                                )
v.                              )      No. 04-3052 Ml/An
                                )
MEDEGEN MEDICAL PRODUCTS, LLC,  )
                                )
     Defendant.                 )
                                )
```

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on March 16, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, January 30, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, January 20, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>January 13, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 19 day of April, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-03052 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Cary Schwimmer
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT