IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BETTY JONES,

    Plaintiff,

v.                            No. 04-3052 Ml/P

MEDEGEN MEDICAL PRODUCTS, LLC,

    Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION
## TO DISMISS WITH PREJUDICE AND FOR SANCTIONS
## AND
## ORDER REFERRING DEFENDANT'S MOTION TO
## COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

Before the Court is Defendant's Motion to Dismiss with Prejudice and for Sanctions, or, in the Alternative, to Compel Production of Documents and for Sanctions, filed September 2, 2005. Plaintiff responded in opposition on October 12, 2005. Defendant requests that this Court dismiss Plaintiff's claims with prejudice pursuant to Federal Rules of Civil Procedure 41 and 37 for failure to comply with this Court's orders and the Federal Rules of Civil Procedure with respect to discovery matters. Defendant also moves this Court for an order compelling Plaintiff to provide Defendant certain documents, pay attorney's fees and pay a previously imposed sanction.

The Court has reviewed the parties' submissions, as well as the record in this case, and finds that it is inappropriate to dismiss Plaintiff's action under Rules 37 or 41. Defendant's motion to dismiss with prejudice is DENIED. Defendant's motion

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

to Compel Production of Documents and for Sanctions is referred to the United States Magistrate Judge for determination.  Any exceptions to the magistrate judge's order shall be made within ten (10) days of the magistrate judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this  15  day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-03052 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Cary Schwimmer
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT