IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

BETTY JONES,  )
　　　　　　　　　)
　　Plaintiff,　)
　　　　　　　　　)
v.　　　　　　　　) No. 04-3052 Ml/P
　　　　　　　　　)
MEDEGEN MEDICAL PRODUCTS, LLC,  )
　　　　　　　　　)
　　Defendant.　)

---

## ORDER TO SHOW CAUSE

---

Before the Court is Defendant Medegen Medical Product's Motion for Summary Judgment, filed October 26, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before November 30, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion for summary judgment should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in the Court granting Defendant's motion.

IT IS SO ORDERED this 15 day of December, 2005.

　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Plaintiff must file a written response to the motion.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-03052 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Cary Schwimmer
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT